IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 21 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00997-BNB

JASON M. PELTIER,

    Plaintiff,

v.

COMMANDER HEARTMAN,
CITY AND COUNTY OF BROOMFIELD, and
BROOMFIELD COUNTY DETENTION,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Pursuant to the Court's May 14, 2007, Order to Cure Deficiency, Plaintiff has submitted a trust fund account statement. The statement, however, is not certified by an appropriate official of the penal institution where he is confined, as required by 28 U.S.C. § 1915.

    Accordingly, the Court shall grant Plaintiff an additional thirty days from the date of this Order to provide to the Court a **certified** copy of his trust fund account statement. If Plaintiff fails to comply with the instant Minute Order, **within thirty days from the date of this Order**, the Complaint and the action will be dismissed without further notice.

    Mr. Peltier's request for a waiver of the filing fee, as set forth in Doc. No. 7 and in the Letter he filed with the Court on May 21, 2007, are both denied.

Dated: May 21, 2007

Copies of this Minute Order mailed on May 21, 2007, to the following:

Jason M. Peltier
Doc# 07822
Broomfield County Det. Center
11600 Ridge Pkwy
Broomfield, CO 80021

Secretary/Deputy Clerk

Dockets.Justia.com